KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (SBN 111536)
JENNIFER D. ARKOWITZ (SBN 236598)
RYAN BRICKER (SBN 269100)
DARIUS C. SAMEROTTE (SBN 296252)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone:   (415) 576-0200
Facsimile:    (415) 576-0300
Email:         ggilchrist@kilpatricktownsend.com, jarkowitz@kilpatricktownsend.com,
                    bricker@kilpatricktownsend.com, dsamerotte@kilpatricktownsend.com

Attorneys for Plaintiff
ALIPHCOM DBA JAWBONE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIPHCOM DBA JAWBONE,<br><br>           Plaintiff,<br><br>           v.<br><br>SOUNDWORKS, INC.,<br><br>           Defendant. | Case No. 15-cv-0342<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER** |

      Plaintiff AliphCom ("Jawbone" or "Plaintiff") submits this request to continue the Case Management Conference.  The Initial Case Management Conference in this action is currently scheduled to take place on April 15, 2015, at 10:00 a.m.  In light of ongoing settlement discussions, the parties hereby request that the conference be continued for eight weeks, until June 10, 2015, or as soon as possible thereafter.

      Jawbone filed its First Amended Complaint on February 27, 2015.  Counsel for Soundworks, Inc. ("Soundworks") waived service and, accordingly, must file an answer or responsive pleading on or before April 28, 2015.  Soundworks has not yet answered the First Amended Complaint or otherwise appeared.  In the meantime, the parties have been engaged in

settlement discussions.  Progress has been made and the parties are optimistic that a settlement can be finalized in the near future.  Accordingly, Jawbone believes it would be appropriate to continue the Initial Case Management Conference for a sufficient amount of time to allow settlement discussions to proceed, and therefore respectfully request that the Initial Case Management Conference currently set for April 15, be continued for eight weeks until June 10, 2015.  The requested extension will not affect the Court's case management schedule.


Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP


DATED:  April 10, 2015          By:     */s/ Ryan Bricker*
                                        Gregory S. Gilchrist
                                        Jennifer D. Arkowitz
                                        Ryan Bricker

                                        Attorneys for Plaintiff
                                        ALIPHCOM


ORDER

     The case management conference is continue to June 10, 2015 at 10:00 a.m. in Courtroom 7, 4th Floor, San Jose. Joint case management statement, including consent or declination to proceed before magistrate judge is due June 3, 2015.

*////*
*////*

1    IT IS SO ORDERED.

2

3    Dated: ___April 13___, 2015

