KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (SBN 111536)
JENNIFER D. ARKOWITZ (SBN 236598)
RYAN BRICKER (SBN 269100)
DARIUS C. SAMEROTTE (SBN 296252)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone:   (415) 576-0200
Facsimile:   (415) 576-0300
Email:          ggilchrist@kilpatricktownsend.com
                    jarkowitz@kilpatricktownsend.com
                    bricker@kilpatricktownsend.com
                    dsamerotte@kilpatricktownsend.com

Attorneys for Plaintiff
ALIPHCOM DBA JAWBONE

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALIPHCOM DBA JAWBONE,<br><br>                    Plaintiff,<br><br>          v.<br><br>SOUNDWORKS, INC.,<br><br>                    Defendant. | Case No. 15-cv-0342<br><br>**SECOND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**  AS MODIFIED |

Plaintiff AliphCom ("Jawbone" or "Plaintiff") submits this request to continue the Case Management Conference.  The Initial Case Management Conference in this action is currently scheduled to take place on June 10, 2015, at 10:00 a.m.  In light of productive settlement discussions, the parties hereby request that the conference be continued for eight weeks, until August 5, 2015, or as soon as possible thereafter.

Jawbone filed its First Amended Complaint on February 27, 2015.  Soundworks, Inc. ("Soundworks") has been served, but Jawbone has extended its deadline to file an answer or responsive pleading in view of settlement discussions.  The parties have exchanged a draft

1  settlement agreement and are optimistic that a settlement can be finalized in the near future.

2  Accordingly, Jawbone believes it would be appropriate to continue the Initial Case Management

3  Conference for a sufficient amount of time to allow settlement discussions to proceed, and therefore

4  respectfully requests that the Initial Case Management Conference, currently set for June 10, be

5  continued for eight weeks until ~~August 5,~~ July 29, 2015.  The requested extension will not affect the

6  Court's case management schedule.

7

8                                              Respectfully submitted,

9                                              KILPATRICK TOWNSEND & STOCKTON LLP

10

11  DATED:  June 4, 2015           By:            /s/ *Ryan Bricker*
                                              Gregory S. Gilchrist
12                                            Jennifer D. Arkowitz
                                              Ryan Bricker
13
                                              Attorneys for Plaintiff
14                                            ALIPHCOM

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# [~~PROPOSED~~] ORDER

Case management statement and defendant's consent/declination due July 22, 2015.

IT IS SO ORDERED.

Dated: ___June 9___, 2015



IT IS SO ORDERED AS MODIFIED

Judge Nathanael M. Cousins

67151079V.2