KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (SBN 111536)
JENNIFER D. ARKOWITZ (SBN 236598)
RYAN BRICKER (SBN 269100)
DARIUS C. SAMEROTTE (SBN 296252)
Two Embarcadero Center, 8th Floor
San Francisco, California   94111
Telephone:  (415) 576-0200
Facsimile:   (415) 576-0300
Email:       ggilchrist@kilpatricktownsend.com
             jarkowitz@kilpatricktownsend.com
             bricker@kilpatricktownsend.com
             dsamerotte@kilpatricktownsend.com

Attorneys for Plaintiff
ALIPHCOM DBA JAWBONE

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALIPHCOM DBA JAWBONE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SOUNDWORKS, INC.,<br><br>　　　　　Defendant. | Case No. 5:15-cv-00342-NC<br><br>**THIRD REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER** |

　　　　Plaintiff AliphCom ("Jawbone" or "Plaintiff") submits this request to continue the Case Management Conference.  The Initial Case Management Conference in this action is currently scheduled to take place on July 29, 2015, at 10:00 a.m.  In light of ongoing, productive settlement discussions, the parties hereby request that the conference be continued for eight weeks, until September 23, 2015, or as soon as possible thereafter.

　　　　Jawbone filed its First Amended Complaint on February 27, 2015.  Soundworks, Inc. ("Soundworks") has been served, but Jawbone has extended its deadline to file an answer or responsive pleading in view of settlement discussions.  The parties have exchanged a draft

1  settlement agreement and continue to expect that a settlement can be finalized in the near future.
2  Accordingly, Jawbone believes it would be appropriate to continue the Initial Case Management
3  Conference for a sufficient amount of time to allow settlement discussions to proceed, and
4  therefore respectfully requests that the Initial Case Management Conference, currently set for
5  July 29, be continued for eight weeks until September 23, 2015.  The requested extension will
6  not affect the Court's case management schedule.

        Respectfully submitted,

        KILPATRICK TOWNSEND & STOCKTON LLP

DATED: July 15, 2015        By:      /s/ *Ryan Bricker*
        Gregory S. Gilchrist
        Jennifer D. Arkowitz
        Ryan Bricker

        Attorneys for Plaintiff
        ALIPHCOM

**ORDER**

The Case Management Conference is continued to September 23, 2015 at 10:00 a.m. in Courtroom 7, 4th Floor, San Jose. Case management statement due September 16, 2015. Defendant must file its consent or declination to proceed before magistrate judge by July 29, 2015.

IT IS SO ORDERED.

Dated: July 16, 2015

